**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANTONIO FERRARA | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | NO. 18-CV-05157 |
| v. | : | |
| DELAWARE COUNTY, et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 20th day of June, 2019, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants' Motion to Dismiss Or In the Alternative, For a More Definite Statement (Doc. No. 5), and Plaintiff's response thereto (Doc. No. 6), it is hereby ordered:

1. Defendants' Motion to Dismiss (Doc. No. 5) is GRANTED IN PART, whereby the court dismisses with prejudice Count IV of the Complaint (Doc. No. 1).

2. Defendants' Motion for a More Definite Statement (Doc. No. 5) is GRANTED IN PART, whereby Plaintiff may file an Amended Complaint regarding Count II with respect to discrimination and conspiracy causes of action only.

BY THE COURT:

s/ J. Curtis Joyner

J. CURTIS JOYNER, J.