IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTONIO FERRARA,<br><br>*Plaintiff*<br><br>v.<br><br>DELAWARE COUNTY, et. al,<br><br>*Defendants* | Case No. 2:18-cv-05157-JDW |

## ORDER

**AND NOW**, this 2nd day of October, 2019, upon consideration of Defendants Delaware County, Community Education Centers, Inc., Warden David Byrne and Correctional Officers G. Moore, Fakolee, and Motley's Motion to Strike, Or, In The Alternative, For A More Definite Statement (ECF No. 12.), it is **ORDERED** that the Motion is **GRANTED IN PART**.

It is **FURTHER ORDERED** that Count IV of the Amended Complaint (ECF No. 11) is **STRICKEN** pursuant to Fed. R. Civ. P. 12(f) and for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that Defendants' Motion is otherwise **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.